FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 0 5 2007

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No.  4:07CR00281 WRW |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. §§ 841(a)(1), |
| RICHARD DEAN BROWN, | ) | (b)(1)(B), (b)(1)(C), 846 |
| a/k/a "RICKY" and | ) | 18 U.S.C. § 922(g) |
| MACHITA MITCHELL a/k/a | ) | 18 U.S.C. § 922(j) |
| "FROG" | ) | 18 U.S.C. § 924(c)(1)(A) |

## INDICTMENT

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

Beginning in or about May, 2006, and continuing thereafter to on or about June 30, 2006, in the Eastern District of Arkansas and elsewhere, the defendants

**RICHARD DEAN BROWN a/k/a "RICKY" and
MACHITA MITCHELL a/k/a "FROG"**

knowingly and intentionally conspired with each other and other persons known and unknown to the grand jury to possess with intent to distribute at least 5, but less than 50 grams of a mixture or substance containing a detectable amount of cocaine base a/k/a crack cocaine (to wit, approximately 22.5 grams of cocaine base), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B) and 846.

## COUNT 2

On or about June 5, 2006, in the Eastern District of Arkansas and elsewhere, the defendant

**RICHARD DEAN BROWN a/k/a "RICKY"**

did knowingly and intentionally distribute less than 5 grams of a mixture or substance containing a detectable amount of cocaine base a/k/a crack cocaine (to wit, approximately .32 grams of cocaine base), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT 3

On or about June 7, 2006, in the Eastern District of Arkansas and elsewhere, the defendant

**RICHARD DEAN BROWN a/k/a "RICKY"**

did knowingly and intentionally distribute less than 5 grams of a mixture or substance containing a detectable amount of cocaine base a/k/a crack cocaine (to wit, approximately .72 grams of cocaine base), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT 4

On or about June 12, 2006, in the Eastern District of Arkansas and elsewhere, the defendant

**RICHARD DEAN BROWN a/k/a "RICKY"**

did knowingly and intentionally distribute less than 5 grams of a mixture or substance containing a detectable amount of cocaine base a/k/a crack cocaine (to wit, approximately .45 grams of cocaine base), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT 5

On or about June 16, 2006, in the Eastern District of Arkansas and elsewhere, the defendant

**RICHARD DEAN BROWN a/k/a "RICKY"**

did knowingly and intentionally distribute less than 5 grams of a mixture or substance containing a detectable amount of cocaine base a/k/a crack cocaine (to wit, approximately .69 grams of cocaine base), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT 6

On or about June 30, 2006, in the Eastern District of Arkansas and elsewhere, the defendant

**RICHARD DEAN BROWN a/k/a "RICKY"**

did knowingly and intentionally distribute less than 5 grams of a mixture or substance containing a detectable amount of cocaine base a/k/a crack cocaine (to wit, approximately 4.3 grams of cocaine base), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT 7

That on or about June 12, 2006, in the Eastern District or Arkansas and elsewhere, the defendant

**RICHARD DEAN BROWN a/k/a "RICKY"**

did knowingly sell a stolen firearm that had been transported in interstate commerce, including, to wit, a Lorcin .380 handgun, serial # 450310, thereby violating Title 18, United States Code, Section 922(j).

## COUNT 8

A.   On or about June 12, 2006, the defendant,

**RICHARD DEAN BROWN a/k/a "RICKY"**

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm that had been transported in interstate commerce, including, to wit, a Lorcin .380 handgun, serial # 450310, thereby violating Title 18, United States Code, Sections 922(g)(1).

## COUNT 9

That on or about June 30, 2006, in the Eastern District of Arkansas and elsewhere, the defendant

**MACHITA MITCHELL a/k/a "FROG"**

did knowingly and intentionally possess with intent to distribute at least 5, but less than 50 grams of a mixture or substance

containing a detectable amount of cocaine base a/k/a crack cocaine (to wit, approximately 16.02 grams of cocaine base), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B).

## COUNT 10

On or about June 30, 2006, in the Eastern District of Arkansas, the defendant

**MACHITA MITCHELL a/k/a "FROG"**

in furtherance of the drug trafficking offenses alleged in Counts One and Nine of this Indictment, did knowingly and intentionally possess a firearm, that is, a SKS assault rifle, serial # 18026539, thereby violating the provisions of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 11

A.   On or about June 30, 2006, the defendant,

**MACHITA MITCHELL a/k/a "FROG"**

having previously been convicted of a crime punishable by a term of imprisonment exceeding one year did knowingly possess a firearm that had been transported in interstate commerce, including, to wit, a SKS assault rifle, serial # 18026539, thereby violating Title 18, United States Code, Sections 922(g)(1).

## **FORFEITURE ALLEGATION NO. 1**

Upon conviction of one or more of the offenses alleged in Counts Seven and Eight of this Indictment, defendant,

### **RICHARD DEAN BROWN a/k/a "RICKY"**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and, Title 28, United States Code, Section 2461(c), the firearm involved in the commission of the offense including but not limited to the following:

One Lorcin, .038 handgun, serial #450310.

## **FORFEITURE ALLEGATION NO. 2**

Upon conviction of one or more of the offenses alleged in Counts Ten and Eleven of this Indictment, defendant,

### **MACHITA MITCHELL a/k/a "FROG"**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and, Title 28, United States Code, Section 2461(c), the firearm involved in the commission of the offense including but not limited to the following:

One SKS assault rifle, serial # 18026539

[END OF TEXT SIGNATURE PAGE TO FOLLOW]