IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 4:07CR00281-02 WRW |
| | ) | |
| MACHITA MITCHELL | ) | |

## MOTION FOR REVOCATION

Pursuant to 18 U.S.C. § 3148, the Government requests that a summons issue and defendant appear before the Court to show cause why his bond should not be revoked. The defendant has violated conditions of his pre-trial release by testing positive for cocaine metabolite and TCH metabolite on October 5, 2007.

WHEREFORE, for the above reasons , the Government requests a summons be issued and defendant appear before the Court to show cause why his bond should not be revoked.

Respectfully submitted,

JANE W. DUKE
ACTING UNITED STATES ATTORNEY

By /s/ MARSHA W. CLEVENGER
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
(501)340-2622
marsha.clevenger@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that on October 19, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Jerome Kearney
First Assistant Federal Public Defender
The Victory Building
Suite 490
1401 W. Capitol
Little Rock, AR 72201

                                           /s/ MARSHA W. CLEVENGER