AO83 (Rev. 10/03) Summons in a Criminal Case

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 25 2007

JAMES W. McCORMACK, CLERK
By: _____
                    DEP. CLERK

# UNITED STATES DISTRICT COURT

~~EASTERN~~ DISTRICT OF ~~ARKANSAS~~

UNITED STATES OF AMERICA
V.
MACHITA MITCHELL

(Name and Address of Defendant)

*11:30 pm curfew*   *cell 716-9953*
                    *cell 247-3324*

## SUMMONS IN A CRIMINAL CASE

Case Number: 4:07CR281-02 WRW

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| 500 W. Capitol Ave., Room D245<br>Little Rock, Arkansas 72201 | 2C |
| Before: U. S. Magistrate Judge John F. Forster, Jr. | Date and Time<br>10/24/2007 4:05 pm |

To answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☑ Violation Notice

Charging you with a violation of Title __21__ United States Code, Section(s) __846, 841__

Brief description of offense:

to show cause why conditions of release should not be revoked.

_____
Signature of Issuing Officer

U. S. Magistrate Judge John F. Forster, Jr.
Name and Title of Issuing Officer

10/19/2007
Date

2007 OCT 19 PM 4:18

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 10-23-07 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: U.S. Marshals Office L.R. AR 72201

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  10-23-07
              Date

JR Howard
Name of United States Marshal

(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.