IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 4:07CR00281-02 WRW |
| | ) | |
| MACHITA MITCHELL | ) | |

**MOTION TO AWARD THIRD POINT FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America, by and through United States Attorney Jane W. Duke and Assistant United States Attorney Marsha W. Clevenger, moves the Court for an order granting the defendant a third point for acceptance of responsibility under United States Sentencing Guideline 3E1.1(b), as amended by Section 401(g) of the PROTECT Act.[1]  For grounds, the Government states:

1.   The defendant was charged by Indictment on September 5, 2007.

2.   Since initially being charged, the defendant has assisted authorities in the investigation and prosecution of his own misconduct by pleading guilty to an Indictment, which guilty plea was accepted by this Court on April 8, 2008.

3.   The applicable offense level under the United States Sentencing Guidelines is 16 or greater and the defendant qualifies for acceptance of responsibility under § 3E1.1 for his offense.

4.   As a result of the defendant's timely guilty plea, the Government was able to avoid preparing for trial.

---

[1] The Act is fully entitled "Prosecutorial Remedies and Other Tools to end the Exploitation of Children Today Act of 2003" and was signed into law by President George W. Bush on April 30, 2003.

5.	Because the defendant's plea of guilty has enabled the Government and the Court to allocate their resources efficiently, the defendant should be awarded an additional third point for his acceptance of responsibility under U.S.S.G. § 3E1.1(b).

WHEREFORE, for the above reasons, the Government requests that the Court award the defendant an additional third point for acceptance of responsibility under U.S.S.G. § 3E1.1(b).

> Respectfully submitted,
>
> JANE W. DUKE
> UNITED STATES ATTORNEY
>
>
> /s/   Marsha W. Clevenger
> By: MARSHA W. CLEVENGER
> Assistant U.S. Attorney
> P.O. Box 1229, Little Rock, AR 72203
> 501/340-2600
> marsha.clevevnger@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2008, I electronically filed the foregoing with the Clerk of the Court, which shall send notification of such filing to the following:

Jerome Kearney
1401 W. Capitol, Avenue, Suite 490
Little Rock, AR 72201

> /s/ Marsha W. Clevenger
> MARSHA W. CLEVENGER