IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

vs.                                          No. 4:07CR00281-02 WRW

MACHITA MITCHELL

## MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America, by and through its counsel, Jane W. Duke, United States Attorney for the Eastern District of Arkansas, and Karen Whatley, Assistant United States Attorney, and for its motion states:

1.	On May 5, 2008, the Court entered a Preliminary Order of Forfeiture, forfeiting defendant Michita Mitchell's interest in :

	**(a)	One SKS assault Rifle, serial no. 18026539**

2.	The United States subsequently published notice of the forfeiture in the Arkansas Democrat Gazette, a newspaper of general circulation, on May 28, June 4, and June 11, 2008, notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property. No claims were filed.

3.	Because no claims have been filed, the United States petitions the Court to enter a Final Order of Forfeiture forfeiting all right, title, and interest in all property set forth herein to the United States and authorizing the United States Marshal or his designee, to dispose of the property according to law.

Respectfully submitted,

JANE W. DUKE
UNITED STATES ATTORNEY


By /s/ KAREN WHATLEY
Assistant U. S. Attorney
Bar Number 94132
P. O. Box 1229
Little Rock, Arkansas 72203
(501)340-2600


CERTIFICATE OF SERVICE

     I hereby certify that on August 6, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Jerome Kearney
First Assistant Federal
 Public Defender
The Victory Bldg.
Suite 490
1401 W. Capitol
Little Rock, AR 72201

                                          /s/ Karen Whatley