RECEIVED
MAIL ROOM
DEC - 4 2008
U.S. DISTRICT COURT
E. DIST. OF ARKANSAS

UNITED STATES DISTRICT COURT
FOR THE              DISTRICT OF

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
DEC - 4 2008
JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

Richard Dean Brown
Petitioner,

vs,

UNITED STATES OF AMERICA
RESPONDENT

Case No.: 4:07CR00281-01-WRW

MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. §3582 (c)(2), UNITED STATES SENTENCING GUIDELINES §2D1.1(c) AS AMENDED NOVEMBER 1, 2007, and MADE RETROACTIVE ON DECEMBER 11, 2007, AND ANY OTHER RELIEF AVAILABLE UNDER THE COURTS DISCRETION.

NOW COMES, PETITIONER, Richard Dean Brown, By and through Pro se, and respectfully moves this Honorable Court for a reduction of sentence imposed by this court based upon United States Sentencing Guidelines that are now used in an advisory capacity.

In support thereof, the petitioner says as follows:

   1.  That he was convicted on  8-5-08  in the United States District Court for the  Eastern  District of  Arkansas

Of U.S.C. §

2. That his sentence was based upon §2D1.1(c), unlawful manufacturing, Importing, Exporting, or Trafficking, (including possession with intent to commit these offenses); Attept or conspiracy.

3. That as of November 1, 2007 the UNITED STATES SENTENCING GUIDELINES HAS BEEN AMENDED, thus reducing "Crack" sentences by two(2) levels.

4. Petitioner ask that these pleadings are held to a less stringent standard than formal pleadings drafted by attorneys. (citing HAINES v. KERNER 404 U.S. 519 (1972).

THEREFORE, FOR THE ABOVE STATED REASONS the petitioner urges this Honorable Court for a reduction of sentence, and for any other relief unto this Court may seem just and proper.

Respectfully Submitted,

Dated This 27 day of NOVEMBER, 2008

_____

Petitioner, Pro Se

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the forgoing was mailed to the counsel for the respondent, first class postage prepaid, and properly addressed, on this 27 day of November, 2008

*[signature]*

PETITIONER, PRO SE