**RECEIVED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 19 2011

JAMES W. McCORMACK, CLERK
By:_____
        DEPUTY

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 19 2011

JAMES W. McCORMACK, CLERK
By:_____
        DEPUTY CLERK

THE CLERK OF THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF ARKANSAS WESTERN DIVISION

To whom it may concern,     4:07 CR 281-02 BRW

My name is Machita Mitchell. I was convicted of an offense dealing with cocaine base. On June 30, 2011 the United States Sentencing Commission voted unanimously to give retroactive effect to its proposed permanent amendment to the federal sentencing guidelines that implements the Fair Sentencing Act of 2010. Retroactivity of the amendment will become effective on November 1, 2011. Section 3582(c)(2) of title 18, United States Code, provides that the court may not modify a term of imprisonment once it has been imposed except that:

> in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. 944(o),... the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

Therefore, I am requesting that this court appoint me an attorney to assist me with filing a 3582(c)(2) motion so I can benefit from the retroactive amendment of the Sentencing Guidelines that are to take effect on November 1, 2011.

Thank you for your time.

*Machita Mitchell*
Machita Mitchell #24854-009
P.O. Box 3000
Forrest City, Arkansas 72336