**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

v.                                         4:07CR00281-02-BRW

**MACHITA MITCHELL**

**ORDER**

Pending is Mr. Mitchell's Motion to Appoint Counsel (Doc. No. 61) for filing a motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) based on Amendment 750 to the United States Sentencing Guidelines ("Guidelines").

The United States Sentencing Commission has the authority to amend the Guidelines and to specify that an amendment be given retroactive effect.[1] The Sentencing Commission chose to make the Fair Sentencing Act of 2010[2] retroactive with Amendment 750.[3] This amendment, however, does not take effect until November 1, 2011, and Congress may modify or disapprove it before that date.[4]

The Motion to Appoint Counsel is premature, and therefore is DENIED without prejudice.

IT IS SO ORDERED this 21st day of July, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 994(o), (u).

[2] Pub. L. 111-220, 124 Stat. 2372.

[3] See *United States v. Drummond*, No. 7:09-cr-00030-GRA-2, slip op. at 2, 2011 WL 2746278 (D.S.C. July 14, 2011) (citing 76 Fed. Reg. 41332-41335 (July 13, 2011)).

[4] 28 U.S.C. § 994(p).