**RECEIVED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 06 2011

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          Case No. 4:07-cr-00281-JMM-2

MACHITA MITCHELL                                            DEFENDANT

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 06 2011

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

RESPONSE TO ORDER

Please check the appropriate box, sign and return to the court.

[ ]   I do not wish to have counsel appointed and will be responsible for obtaining counsel on my own.

[X]   I think I am eligible for appointment of counsel and want to have a lawyer appointed to represent me on sentence reduction proceedings.

**My completed and executed Financial Affidavit is returned along with this form.**

Signature: *Machita Mitchell*

Date: 9-28-11