UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) NO. 4:07cr00281-02 WRW | |
| | ) | |
| | ) | |
| MACHITA MITCHELL | ) | DEFENDANT |

**UNOPPOSED MOTION FOR SENTENCE REDUCTION PURSUANT TO THE RETROACTIVE CRACK AMENDMENT, 18 U.S.C. § 3582(c)**

The Defendant, Machita Mitchell, by and through appointed counsel, Assistant Federal Public Defender Justin Eisele, moves the Court pursuant to 18 U.S.C. § 3582(c) for an Order reducing Mr. Mitchell's term of imprisonment on the ground that the retroactive amendment to the U.S. Sentencing Guidelines reduces the base offense level in Mr. Mitchell's presentence report ("PSR"). In support of this motion, Defendant states as follows:

1. On May 26, 2005, Mr. Mitchell was sentenced to a term of imprisonment for offenses involving cocaine base, namely, Conspiracy to Possess with Intent to Distribute Cocaine Base in violation of 21 U.S.C. § 841(a). The statutory minimum term of imprisonment was sixty (60) months.

2. With a total offense level of 24 and a criminal history category IV, the Guideline range calculated in the PSR was 77-96 months. The Court sentenced Mr. Mitchell 72 months.

3. Amendment 750 (parts A and C only) to the Drug Quantity Table in § 2D1.1 of the U.S. Sentencing Guidelines is applicable to this defendant. In this case, the amendment further reduces the base offense level by two (2) points.

4. The amendment decreases the total offense level in Mr. Mitchell's case to 22, to produce an amended guideline range of **60-71 months.**.

5. Mr. Mitchell believes he is eligible for a reduction of his sentence by retroactive application of Amendment 750 (parts A and C only) pursuant to 18 U.S.C. § 3582(c) and recently amended Policy Statement § 1B1.10 (effective November 1, 2011).

7. Based on the foregoing, Mr. Mitchell respectfully requests the Court enter an Order reducing Mr. Mitchell's sentence. Mr. Mitchell respectfully requests the Court to order that the sentence originally imposed be reduced to **time served**.

8. The United States Attorney's Office is aware of this motion and has indicated it does not oppose Mr. Mitchell's request for a sentence reduction.

9. If needed, the Court has jurisdiction to conduct a hearing and reduce the term as requested, pursuant to 28 U.S.C. § 994(c) after considering the factors set forth in 18 U.S.C. § 3553(a). *See* 18 U.S.C. § 3582(c)(2).

10. Appointed counsel recognizes that the amendments to the United States Sentencing Guidelines discussed throughout this Motion will not be made retroactive (if at all) until November 1, 2011. However, if Mr. Mitchell's sentence is reduced, he

11. In the interests of justice, appointed counsel is requesting a conditional Order

reducing the sentence so that the BOP can recalculate a release date for Mr. Mitchell.

WHEREFORE, the Defendant, Machita Mitchell, respectfully prays that this Court grant his Motion for Order Reducing his Sentence and for all other just and appropriate relief.

                Respectfully submitted,

                JENNIFFER HORAN
                FEDERAL DEFENDER

By:   /s/ Justin Eisele
       Justin Eisele, #2005120
       Assistant Federal Defender
       Federal Public Defender Office
       1401 W. Capitol Avenue, Suite 490
       Little Rock, Arkansas 72201
       (501) 324-6113
       justin_eisele@fd.org

For:   Machita Mitchell, Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of October, 2011, a true and correct copy of the foregoing was mailed to the Defendant, and was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

Edward O. Walker
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
E-mail: edward.o.walker@usdoj.gov

Machita Mitchell, Defendant

                /s/ Justin Eisele
                Justin Eisele