Order Regarding Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | |
| | **Case Number:** 4:07-CR-00281-02-BRW |
| MACHITA MITCHELL | **USM Number:** 24854-009 |

**Date of Original Judgment:**  August 8, 2008            Justin Eisele
**(Or Date of Last Amended Judgment)**                    Defendant's Attorney

Upon motion of   **X** the defendant      ☐ the Director of the Bureau of Prisons        ☐ the court
under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline
sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing
Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

   **IT IS ORDERED** that the motion is:
        ☐ DENIED.
        **X** GRANTED and the defendant's previously imposed sentence of imprisonment of
             72 months **is reduced to 60 months**.

## I.  COURT DETERMINATION OF GUIDELINE RANGE

| | | | |
|---|---|---|---|
| Previous Offense Level(Before Departure/Variance/Rule 35): | 23 | Amended Offense Level: | 21 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 70 to 87 months | Amended Guideline Range: | 60 to 71 months |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

**X**  The reduced sentence is within the amended guideline range.
☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at
        the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is
        comparably less than the amended guideline range.
☐ Other (specify) _____.

## III.  FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

The Order is effective immediately on November 1, 2011, if Congress does not override the United Sentencing Commission's
determination that the new guidelines are retroactive.  If Congress determines that the amendments are not retroactive, this
Order will be void and vacated.

Except as provided above, all provisions of the judgment dated August 8, 2008 will remain in effect.

**IT IS SO ORDERED.**

Order Date: October 31, 2011                      /s/ Billy Roy Wilson_____
                                                  United States District Judge

Effective Date (if delayed): November 1, 2011