```
              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF ARKANSAS
                        WESTERN DIVISION

UNITED STATES OF AMERICA       )
                               )
vs.                            )    4:07CR00281-02 BRW
                               )
MACHITA MITCHELL               )
```

### MOTION TO HOLD REVOCATION HEARING IN ABEYANCE

The United States Probation Office filed a Petition for Summons for Offender Under Supervision regarding the defendant, Machita Mitchell (Mitchell), testing positive for marijuana on several occasions.  However, since the violations, Mitchell has been placed in weekly individual substance abuse treatment, obtained employment, and been attending Moral Reconation Therapy (MRT) meetings (MRT is the premiere cognitive behavioral treatment system for offenders and at-risk groups). Probation now requests that the revocation hearing been held in abeyance for a period of ninety (90) days to allow Probation to monitor Mitchell's response to the additional treatment, employment and therapy.

WHEREFORE, for the above reasons, the Government requests the court hold the revocation hearing in abeyance for ninety (90) days.

```
                                   CHRISTOPHER R. THYER
                                   United States Attorney


                                   /s/MARSHA W. CLEVENGER

                                   MARSHA W. CLEVENGER  (050106)

                                   Assistant U. S. Attorney
                                   P. O. Box 1229
                                   Little Rock, Arkansas  72203
                                   501-340-2600
                                   marsha.clevenger@usdoj.gov
```

CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2012, I filed the foregoing with the Clerk of the Court, notification of such filing will be forwarded to the following:

**Jenniffer Morris Horan**
Email: Jenniffer.Horan@FD.org

**Justin T. Eisele**
Email: Justin_Eisele@fd.org


_____                        _____

                                                            Marsha W. Clevenger