IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 4:07CR00281-02 WRW |
| | ) | |
| MACHITA MITCHELL | ) | |

PETITION FOR REVOCATION AND REQUEST TO HOLD
REVOCATION HEARING IN ABEYANCE FOR 90 DAYS

Pursuant to 18 U.S.C. § 3148, the United States files this petition for revocation. According to a report from the United States Probation office, Defendant 1) has failed to attend group substance abuse treatment on at least two occasions, 2) tested positive for marijuana on several occasions, and 3) has been associating with friends using marijuana and K2 synthetic marijuana.

It is requested that a hearing on this petition be held in abeyance for a period of ninety (90) days to allow defendant time to adapt to increased substance abuse treatment and mental health treatment.

Respectfully Submitted,

CHRISTOPHER R. THYER
United States Attorney


/s/: MARSHA W. CLEVENGER
MARSHA W. CLEVENGER  (82031)
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, Arkansas  72203
501-340-2600
marsha.clevenger@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, hereby certify that I filed the foregoing using CM/ECF on this 7th day of January, 2013.

Justin T. Eisele
Email: Justin_Eisele@fd.org

                                        /s/MARSHAW. CLEVENGER
                                        MARSHA W. CLEVENGER