PROB 12C
ED/AR (2/2005)



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN - 9 2013

JAMES W. McCORMACK, CLERK
By: _____
                              DEP CLERK

## United States District Court
### for the
### Eastern District of Arkansas
### Petition for Summons for Offender Under Supervision

Name of Offender: Machita Mitchell                Case Number: 4:07CR00281-02 BRW

Name of Sentencing Judicial Officer:    Honorable Billy Roy Wilson
                                        United States District Judge

Offense:          Conspiracy to Possess With Intent to Distribute More Than 5 Grams But Less Than 50 Grams of Cocaine Base

Date of Sentence: August 8, 2008

Sentence:         72 months Bureau of Prisons, 4 years supervised release, mandatory drug testing, substance abuse treatment, DNA, and $100 special penalty assessment

                  October 26, 2011: Defendant's previously imposed sentence of imprisonment of 72 months is reduced to 60 months, which is time served on November 1, 2011

Type of Supervision:   Supervised release        Date Supervision Commenced: November 29, 2011
                                                 Expiration Date: November 28, 2015

Asst. U.S. Attorney: Marsha Clevenger            Defense Attorney: To be appointed

U.S. Probation Officer: Jason Stewart
Phone No.: 501-604-5244

---

## PETITIONING THE COURT

The offender has violated the following condition(s) of supervision:

| Condition | Nature of Noncompliance |
|---|---|
| Special | **The defendant shall participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.**<br>On January 25 and April 18, 2012, Mr. Mitchell failed to attend group substance abuse treatment. |
| General<br>General<br>Standard #3 | **The defendant shall not illegally possess a controlled substance.**<br>**The defendant shall refrain from any unlawful use of a controlled substance.**<br>**The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**<br>On July 9 and 20, 2012, Mr. Mitchell tested positive for marijuana which was confirmed positive by Alere Laboratory. Mr. Mitchell signed an admission to use form stating he |

Prob 12C                              -2-                    Petition for Summons for
                                                             Offender Under Supervision

Name of Offender: Machita Mitchell            Case Number: 4:07CR00281-02 BRW

    used marijuana on July 7, 2012. He also advised he was smoking K2 synthetic marijuana.

    On August 13, 22, 31, and September 11, 2012, Mr. Mitchell provided a urine sample which tested positive for the presence of marijuana and was confirmed by Alere Laboratory. The urine sample provided on August 31, 2012, was also noted as diluted. Mr. Mitchell has verbally admitted to re-using marijuana sometime between August 1 and 13, 2012. An interpretation of results was obtained from Alere Toxicology Services. The Director of Toxicology opined that Mr. Mitchell reused marijuana prior to the collection on July 20, August 13, 22, 31, and September 11, 2012.

**Standard #8**   **The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.**

**Standard #9**   **The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**
    Mr. Mitchell advised he was associating with friends while smoking K2 synthetic marijuana. Marijuana was also consumed by the individuals present with Mr. Mitchell.

It is requested that a summons be issued and a revocation hearing held. Mr. Mitchell was previously represented by Assistant Federal Public Defender Jerome Kearney. The Government is represented by Assistant U.S. Attorney Marsha Clevenger. A CJA 23 financial affidavit is included for appointment of counsel.

I declare under penalty of perjury that the foregoing
is true and correct.

Executed on  10-12-12

Jason Stewart                                          Marsha Clevenger
U.S. Probation Officer                                 Assistant U.S. Attorney

Date:  10-12-12                                        Date:  1/7/13

This form is to be filed with Criminal Docketing as a motion.

Approved:
_____
Supervising U.S. Probation Officer

JBS/vlb

c:  Assistant U.S. Attorney, Marsha Clevenger, P.O. Box 1229, Little Rock, AR 72203