CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FEB 08 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

v.  No. 4:07CR00281-02 BRW

MACHITA MITCHELL

### MOTION TO SEAL MOTION FOR REVOCATION AND WARRANT

Pursuant to Rule 6(e)(4), Federal Rules of Criminal Procedure, the United States requests that the Motion for Revocation and Warrant be sealed until the defendant is in custody.

CHRISTOPHER R. THYER
United States Attorney

By MARSHA W. CLEVENGER
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, Arkansas 72203
Bar No. 82031
501-324-5342
marsha.clevenger@usdoj.gov

### ORDER

Pursuant to the above request, the Motion for Revocation and Warrant shall be sealed until the defendant is in custody.

_____
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 4:07CR00281-02 WRW |
| | ) | |
| MACHITA MITCHELL | ) | |

MOTION FOR REVOCATION OF SUPERVISED RELEASE
AND FOR ISSUANCE OF WARRANT FORTH WITH

EXPARTE & UNDER SEAL

Pursuant to 18 U.S.C. § 3148, the Government requests that a warrant be issued forthwith for the immediate arrest of defendant based upon a Little Rock Police Department Incident Report dated February 8, 2013, (Att. A) and submitted to this office by the United States Probation office. According to the Incident Report, Officers were called to the residence of Mrs. Mickle, Defendant's girlfriend, on February 8, 2013. Mrs. Mickles reported that Defendant had entered her home, assaulted her and damaged her property. Prior to this incident, Mrs. Mickles stated that she and her cousin had been received threatening calls from Defendant with Defendant threatening to kill Mrs. Mickles and tear up her house if she called the police. According to Mrs. Mickles, Defendant arrived at her home between 1:15 p.m. and 1:30 p;.m. and began pounding on the back door. Mrs. Mickles let Mitchell in and he then broke the glass back door and a 55" television. Mrs. Mickles states that Mitchell then stuck her left check with an open handed blow. Mrs. Mickles cousin witnessed Defendant destroy the property but did not see Defendant strike Mrs. Mickles.

Defendant's criminal history includes convictions for violent behavior. The United States seeks a forthwith warrant as Defendant is a threat to Mrs. Mickles and to the community.

WHEREFORE, for the above reasons, the Government requests a warrant be issued forthwith for the immediate arrest of Defendant for violations of his conditions of supervised release.

Respectfully Submitted,

CHRISTOPHER R. THYER
United States Attorney

*Marsha W. Clevenger*

By MARSHA W. CLEVENGER
Assistant U.S. Attorney, Bar No. 82031
P.O. Box 1229
Little Rock, AR 72203
501-324-5342
marsha.clevenger@usdoj.gov

# LITTLE ROCK POLICE DEPARTMENT INCIDENT REPORT

PAGE 1 OF 5

## INCIDENT

| ☐ JUVENILE INFORMATION | | | | |
|---|---|---|---|---|
| INCIDENT NUMBER **2013-014075** | UNIT ASSIGNED **3Y64** | CALL DATE **2/8/2013** | CALL TIME **02:17** | TYPE OF CALL **ASLTJO** |
| DATE(S) OF INCIDENT **02/08/2013** | TIME(S) OF INCIDENT **0115-0130** | LOCATION OF INCIDENT (ADDRESS/BLK#/APT#) **1808 GLENDA DR** | | DISTRICT **64** |

## OFFENSE

INCIDENT/OFFENSE TYPE
1. Domestic Battering 3rd degree
2. Criminal mischief 1st degree Misd
3. Terroristic Threatening 1st degree
4.
5.
6.
7.
8.

OFFENSE STATUS
1. A☐ C☒  2. A☐ C☒  3. A☐ C☒  4. A☐ C☐
5. A☐ C☐  6. A☐ C☐  7. A☐ C☐  8. A☐ C☐

SUSPECTS USED (As Many As Apply)
- ☐ (A) Alcohol
- ☐ (D) Drugs
- ☐ (C) Computer Equip.
- ☒ (N) Not Applicable/Unknown

TYPE CRIMINAL ACTIVITY: (Max. 3)
- ☐ (B) Buying/Receiving
- ☐ (C) Cultivate/Manufacture/Publish
- ☐ (E) Exploiting Children
- ☐ (O) Operating/Promoting/Assisting
- ☐ (T) Transport/Transmit/Import
- ☐ (U) Using/Consuming
- ☐ (D) Distributing/Selling
- ☐ (P) Possessing/Concealing

GANG RELATED INFO: (Max. 2)
- ☐ (J) Juvenile Gang
- ☐ (G) Other Gang
- ☒ (N) None/Unknown

LOCATION CODE: (Enter 1)
- ☐ (01) Air/Bus/Train Terminal
- ☐ (02) Bank/Savings & Loan
- ☐ (03) Bar/Night Club
- ☐ (04) Church/Synagogue/Temple
- ☐ (05) Commercial/Office Building
- ☐ (06) Construction Site
- ☐ (07) Convenience Store
- ☐ (08) Department/Discount Store
- ☐ (09) Drug Store/DR's Office/Hospital
- ☐ (10) Field/Woods
- ☐ (11) Government/Public Building
- ☐ (12) Grocery/Supermarket
- ☐ (13) Highway/Road/Alley
- ☐ (14) Hotel/Motel/Etc.
- ☐ (15) Jail/Penitentiary
- ☐ (16) Lake/Waterway
- ☐ (17) Liquor Store
- ☐ (18) Parking Lot/Garage
- ☐ (19) Rental/Storage Facility
- ☒ (20) Residence/Home
- ☐ (21) Restaurant
- ☐ (22) School/College
- ☐ (23) Service/Gas Station
- ☐ (24) Specialty Store (TV, Fur, Etc.)
- ☐ (25) Other/Unknown

WEAPON FORCE (Max. 3)
(For 11-15, place "A" on line if weapon was an Automatic/Semi-Automatic)
- ☐ (11) Firearm (Unknown)
- ☐ (12) Handgun
- ☐ (13) Rifle
- ☐ (14) Shotgun
- ☐ (15) Other Firearm
- ☐ (20) Knife/Cutting Instru. (Axe, etc.)
- ☐ (30) Blunt Object (Club, etc.)
- ☐ (35) Motor Vehicle (As weapon)
- ☒ (40) Personal Weapons (Hands, etc.)
- ☐ (50) Poison
- ☐ (60) Explosives
- ☐ (65) Fire/Incendiary Device
- ☐ (70) Narcotics/Drugs/Sleeping Pills
- ☐ (85) Asphyxiation
- ☐ (90) Other
- ☐ (95) Unknown
- ☐ (99) None

(For Burglary Only) NUMBER OF PREMISES ENTERED. 0

METHOD OF ENTRY: F☐ Forcible  N☐ No Force

## VICTIM

| VICTIM # **1** | NAME (Last, First, Middle) or BUSINESS: **MICKLES, DETRA** | D.L./ID NO. (STATE) **AR** | DATE OF BIRTH **7/6/1984** |
|---|---|---|---|

ADDRESS: Street **1808 GLENDA LN** City **LITTLE ROCK**, State **AR** Zip **72204**

OCCUPATION/EMPLOYER: 
HOME PHONE: **5015416261**
EMPLOYMENT PHONE:

SEX: ☐ (M) Male  ☒ (F) Female  ☐ (U) Unk.
ETHNIC: ☐ (H) Hispanic  ☒ (N) Non-Hispanic  ☐ (U) Unk.
RACE: ☐ (W) White  ☒ (B) Black  ☐ (I) American Indian  ☐ (A) Asian/Pacific Islander  ☐ (U) Unknown
RES. STATUS: ☒ (R) Resident  ☐ (N) Nonresident  ☐ (U) Unknown

AGE:
Exact Age **28**
Range __/__
- ☐ (NN) Under 24 Hrs. Old
- ☐ (NB) 1-6 Days Old
- ☐ (BB) 7 - 364 Days Old
- ☐ (99) Over 98 Yrs. Old
- ☐ (00) Unknown

RELATIONSHIP OF THIS VICTIM TO SUSPECTS (For Multiple Suspect Relationships, Put Suspect Number(s) in Space)

SUSP. # (S) VICTIM WAS:
- (SE) Spouse
- (CS) Common-Law Spouse
- (PA) Parent
- (SB) Sibling
- (CH) Child
- (GP) Grandparents
- (GC) Grandchild
- (IL) In-Law
- (SP) Stepparent
- (SC) Stepchild
- (SS) Stepsibling
- (OF) Other Family Member
- (ST) Stranger

SUSP. # (S) VICTIM WAS:
- (AQ) Acquaintance
- (FR) Friend
- (NE) Neighbor
- (BE) Babysitter (baby)
- **1** (BG) Boyfriend/Girlfriend
- (CF) Child of BF/GF
- (HR) Homosexual Rel.
- (XS) Ex-Spouse
- (EE) Employee
- (ER) Employer
- (OK) Otherwise Known
- (RU) Relationship Unknown
- (VO) Victim Was Suspect

VICTIM TYPE:
- ☒ (I) Individual
- ☐ (B) Business
- ☐ (F) Financial Instit.
- ☐ (U) Unk.
- ☐ (G) Government
- ☐ (R) Religious
- ☐ (S) Society/Public
- ☐ (O) Other

MENTALLY AFFLICTED?
☐ (Y) Yes  ☐ (N) No  ☒ (U) Unknown
NIC #

THIS VICTIM RELATED TO WHICH OFFENSES?
☒#1  ☒#2  ☒#3  ☐#4
☐#5  ☐#6  ☐#7  ☐#8

VICTIM INJURY: (Max. 5)
- ☒ (N) None
- ☐ (I) Possible Internal Injury
- ☐ (O) Other Major Injury
- ☐ (M) Apparent Minor Injury
- ☐ (T) Loss of Teeth
- ☐ (U) Unconsciousness
- ☐ (B) Apparent Broken Bones
- ☐ (L) Severe Laceration

AGGRAVATED ASSAULT/HOMICIDE (Max. 2)
- ☐ (04) Gangland
- ☐ (08) Other Felony Involved
- ☐ (21) Criminal Killed by Police Officer
- ☐ (33) Other Negligent Weapon Handling
- ☐ (01) Argument
- ☐ (05) Juvenile Gang
- ☐ (09) Other Circumstances
- ☐ (30) Child Playing w/Weapon
- ☐ (34) Other Negligent Killings
- ☐ (02) Assault on Law Enf. Officer
- ☐ (06) Lover's Quarrel
- ☐ (10) Unknown Circumstances
- ☐ (31) Gun-Cleaning Accident
- ☐ (03) Drug Deal
- ☐ (07) Mercy Killings
- ☐ (20) Criminal Killed by Private Citizen
- ☐ (32) Hunting Accident

| REPORT DATE **02/08/2013** | TIME (Military) **04:59** | REPORTING OFFICER **JOSHUA GLASS** | EMPLOYEE # **33334** | APPROVING SUPERVISOR **DAVID FULTON** | EMPLOYEE # **18184** |
|---|---|---|---|---|---|

LRPD Form 5500-01 Rev. A-2m

(ATT A.)

| INCIDENT# 2013-014075 | ☐ JUVENILE INFORMATION | | |
|---|---|---|---|

## SUSPECT

| SUSPECT # 1 | NAME: Last **MITCHELL,** First **MACHITA** | Middle | AKA |
|---|---|---|---|

| ARRESTEE # 0 | ADDRESS: Street **6187 BOYLE PARK** City **RD LITTLE ROCK** State **AR** Zip **72204** | DATE OF BIRTH **4/19/1976** |
|---|---|---|

| RES. STATUS: ☒ (R) Resident ☐ (N) Nonresident ☐ (U) Unknown | MENTALLY AFFLICTED? ☐ (Y) Yes ☐ (N) No ☒ (U) Unk | PLACE OF EMPLOYMENT **UNKNOWN** | PHONE (TYPE) **Cell** **5015633268** |
|---|---|---|---|

| ARREST LOCATION | ARREST DATE | ARREST TYPE: ☐ (O) On View Arrest ☐ (S) Summons/Cited ☐ (T) Taken Into Custody | D.L./ID NO. (STATE) **AR** |
|---|---|---|---|

| CHARGE: 5-26-305  5-38-203M  5-13-301F | | NIC# |
|---|---|---|

| SEX: ☒ (M) Male ☐ (F) Female ☐ (U) Unk. | AGE: Exact Age **36** Age Range: to ☐ (99) Over 98 Yrs. Old ☐ (00) Unknown | SUSPECTS ACTIONS RELATED TO: ☒V1 ☐V2 ☐V3 ☐V4 ☐V5 ☐V6 ☐V7 ☐V8 DISPOSITION OF JUVENILE: ☐ (H) Handled within Department ☐ (R) Referred outside Department | WEAPONS AT ARREST: (Max. 2) (Place "A" in blank if auto/semi) ☐ (01) Unarmed ☐ (11) Firearm (Unk) ☐ (12) Handgun ☐ (13) Rifle ☐ (14) Shotgun ☐ (15) Other Firearm ☐ (16) Illegal Cutting Instrument ☐ (17) Club/Blackjack/Brass |
|---|---|---|---|
| ETHNIC: ☐ (H) Hispanic ☒ (N) Non-Hisp. ☐ (U) Unk. | | | |
| RACE: ☐ (W) White ☒ (B) Black ☐ (I) American Indian ☐ (A) Asian/Pacific Islander ☐ (U) Unknown | | | |
| THIS SUSPECT RELATES TO WHICH OFFENSES? ☒#1 ☒#2 ☒#3 ☐#4 ☐#5 ☐#6 ☐#7 ☐#8 | HEIGHT: Ft. **5** In. **11** | WEIGHT: lbs. **210** | |

| CLOTHING DESCRIPTION Hat **NONE** Coat **NONE** Shirt **WHITE T SHIRT** Pants/Dress **DARK BLUE JEANS** Shoes **UNKNOWN** |
|---|

| COMPLEXION:-2 | HAIR STYLE:-2 | HAIR COLOR:-1 | FACIAL HAIR:-3 | DEMEANOR:-3 | SCAR/B'THMARK:-3 | TATTOO:-2 | TATTOO LOC:-2 |
|---|---|---|---|---|---|---|---|
| ☐ (1) Light | ☐ (01) Afro | ☒ (1) Black | ☐ (01) Clean Shaven | ☐ (01) Angry | ☐ (01) Head | ☐ (1) Designs | ☐ (01) Arm (lft) |
| ☐ (2) Medium | ☐ (02) Wavy | ☐ (2) Blonde | ☐ (02) Unshaven | ☐ (02) Apologetic | ☐ (02) Neck | ☐ (2) Initials | ☐ (02) Arm (rt) |
| ☒ (3) Dark | ☐ (03) Straight | ☐ (3) Brown | ☐ (03) Full Beard | ☐ (03) Calm | ☐ (03) Hand (rt) | ☐ (3) Names | ☐ (03) Leg (lft) |
| ☐ (4) Acne | ☒ (04) Curly | ☐ (4) Grey | ☐ (04) Must. (hvy) | ☐ (04) Irrational | ☐ (04) Hand (lft) | ☐ (4) Pictures | ☐ (04) Leg (rt) |
| ☐ (5) Freckled | ☐ (05) Braided | ☐ (5) Red | ☐ (05) Must. (thin) | ☐ (05) Nervous | ☐ (05) Arm (rt) | ☐ (5) Words | ☐ (05) Hand (lft) |
| ☐ (6) Ruddy | ☐ (06) Ponytail | ☐ (6) Sandy | ☐ (06) Brows (hvy) | ☐ (06) Polite | ☐ (06) Arm (lft) | ☐ (6) Numbers | ☐ (06) Hand (rt) |
| ☐ (7) Other | ☐ (07) Military | ☐ (7) Other | ☐ (07) Brows (thin) | ☐ (07) Professional | ☐ (07) Body | ☐ (7) Insignia | ☐ (07) Face |
| ☐ (8) Unknown | ☐ (08) Processed | ☐ (8) Unknown | ☐ (08) Side Burns | ☐ (08) Stupor | ☐ (08) Leg (rt) | ☐ (8) None | ☐ (08) Neck |
| | ☐ (09) Wig/Toupee | | ☐ (09) Goatee | ☐ (09) Violent | ☐ (09) Leg (lft) | ☒ (9) Unknown | ☐ (09) Finger(s) |
| HAIR LENGTH:-2 | ☐ (10) Other | EYE COLOR:-1 | ☐ (10) Other | ☐ (10) Drunk/High | ☐ (10) Other | | ☐ (10) Chest |
| ☐ (1) Long | ☐ (11) Unknown | ☐ (1) Blue | ☐ (11) Other | ☐ (11) Other | ☐ (11) None | | ☐ (11) Back |
| ☐ (2) Medium | BUILD:-1 | ☒ (2) Brown | ☒ (11) Unknown | ☒ (12) Unknown | ☒ (12) Unknown | | |
| ☒ (3) Short | ☐ (1) Light | ☐ (3) Grey | | | | | |
| ☐ (4) Bald(ing) | ☐ (2) Medium | ☐ (4) Green | ADDED DESCRIPTION | | | | |
| ☐ (5) Other | ☒ (3) Heavy | ☐ (5) Hazel | | | | | |
| ☐ (6) Unknown | ☐ (4) Muscular | ☐ (6) Other | | | | | |
| | ☐ (5) Unknown | ☐ (7) Unknown | | | | | |

| INCIDENT# 2013-014075 | ☐ JUVENILE INFORMATION | PAGE 3 OF 5 |
|---|---|---|

## OTHER PERSONS

**X** Witness ___ Owner ___ Contact ___ Missing ___ Runaway ___ ATL ___ Wanted ___ Driver ___ Person Reporting ___ Juvenile

| Other Person# 1 | NAME: Last **ROBINSON, JOE** First | Middle | Soc. Sec. No.: | |
|---|---|---|---|---|
| | ADDRESS: Street **1808 GLENDA DR** City **LITTLE ROCK,** State **AR** Zip **72204** | | | DATE OF BIRTH 5/22/1994 |

| RES. STATUS: ☒ (R) Resident ☐ (N) Nonresident ☐ (U) Unknown | PHONE (Home) 501-551-5034 | PLACE OF EMPLOYMENT | | PHONE (Work) |
|---|---|---|---|---|
| MENTALLY AFFLICTED? ☐ (Y) Yes ☐ (N) No ☒ (U) Unk | | | AGE: Exact Age __18__ Range ___ / ___ | D.L./ID NO. (STATE) AR |
| SEX: ☒ (M) Male ☐ (F) Female ☐ (U) Unk. | | | ☐ (NN) Under 24 Hrs. Old ☐ (NB) 1-6 Days Old ☐ (BB) 7 – 364 Days Old ☐ (99) Over 98 Yrs. Old ☐ (00) Unknown | NIC # |
| ETHNIC: ☐ (H) Hispanic ☒ (N) Non-Hisp. ☐ (U) Unk. | | | | HEIGHT: Ft.___ In.___ |
| RACE: ☐ (W) White ☒ (B) Black ☐ (I) American Indian ☐ (A) Asian/Pacific Islander ☐ (U) Unknown | | | | WEIGHT: lbs.___ |

COMPLEXION:-2  
☐ (1) Light  
☐ (2) Medium  
☐ (3) Dark  
☐ (4) Acne  
☐ (5) Freckled  
☐ (6) Ruddy  
☐ (7) Other  
☐ (8) Unknown  

HAIR LENGTH:-2  
☐ (1) Long  
☐ (2) Medium  
☐ (3) Short  
☐ (4) Bald(ing)  
☐ (5) Other  
☐ (6) Unknown  

HAIR STYLE:-2  
☐ (01) Afro  
☐ (02) Wavy  
☐ (03) Straight  
☐ (04) Curly  
☐ (05) Braided  
☐ (06) Ponytail  
☐ (07) Military  
☐ (08) Processed  
☐ (09) Wig/Toupee  
☐ (10) Other  
☐ (11) Unknown  

BUILD:-1  
☐ (1) Light  
☐ (2) Medium  
☐ (3) Heavy  
☐ (4) Muscular  
☐ (5) Unknown  

HAIR COLOR:-1  
☐ (1) Black  
☐ (2) Blonde  
☐ (3) Brown  
☐ (4) Grey  
☐ (5) Red  
☐ (6) Sandy  
☐ (7) Other  
☐ (8) Unknown  

EYE COLOR:-1  
☐ (1) Blue  
☐ (2) Brown  
☐ (3) Grey  
☐ (4) Green  
☐ (5) Hazel  
☐ (6) Other  
☐ (7) Unknown  

FACIAL HAIR:-3  
☐ (01) Clean Shaven  
☐ (02) Unshaven  
☐ (03) Full Beard  
☐ (04) Must. (hvy)  
☐ (05) Must. (thin)  
☐ (06) Brows (hvy)  
☐ (07) Brows (thin)  
☐ (08) Side Burns  
☐ (09) Goatee  
☐ (10) Other  
☐ (11) Unknown  

DEMEANOR:-3  
☐ (01) Angry  
☐ (02) Apologetic  
☐ (03) Calm  
☐ (04) Irrational  
☐ (05) Nervous  
☐ (06) Polite  
☐ (07) Professional  
☐ (08) Stupor  
☐ (09) Violent  
☐ (10) Drunk/High  
☐ (11) Other  
☐ (12) Unknown  

SCAR/B'THMARK:-3  
☐ (01) Head  
☐ (02) Neck  
☐ (03) Hand (rt)  
☐ (04) Hand (lft)  
☐ (05) Arm (rt)  
☐ (06) Arm (lft)  
☐ (07) Body  
☐ (08) Leg (rt)  
☐ (09) Leg (lft)  
☐ (10) Other  
☐ (11) None  
☐ (12) Unknown  

TATTOO:-2  
☐ (1) Designs  
☐ (2) Initials  
☐ (3) Names  
☐ (4) Pictures  
☐ (5) Words  
☐ (6) Numbers  
☐ (7) Insignia  
☐ (8) None  
☐ (9) Unknown  

TATTOO LOC:-2  
☐ (01) Arm (lft)  
☐ (02) Arm (rt)  
☐ (03) Leg (lft)  
☐ (04) Leg (rt)  
☐ (05) Hand (lft)  
☐ (06) Hand (rt)  
☐ (07) Face  
☐ (08) Neck  
☐ (09) Finger(s)  
☐ (10) Chest  
☐ (11) Back  

CLOTHING DESCRIPTION  
Hat ___ Coat ___ Shirt ___ Pants/Dress ___ Shoes ___

## PROPERTY

| P.LOSS | P. DES | QTY | Description (Include ser.#, size, color, etc.) | PROP TAG | VALUE |
|---|---|---|---|---|---|
| 4 | 26 | 1 | UNKNOWN PHILLIPS GRA 55" 55" FLATSCREEN | | 100.00 |
| 4 | 16 | 1 | UNKNOWN UNKNOWN WHT UNKNOWN GLASS SLIDING DOOR | | 100.00 |

## DRUG INFORMATION

| TYPE | QUANTITY | MEASURE |
|---|---|---|
| | 0.00 | |
| | 0.00 | |

TYPE PROPERTY LOSS: (0) Stored (1) None (2) Burned (3) Counterfeited/Forged (4) Damaged/Destroyed/Vandalized (5) Recovered (6) Seized (7) Stolen, etc. (8) Unk.

PROPERTY DESCRIPTION:
- (01) Aircraft
- (02) Alcohol
- (03) Automobiles
- (04) Bicycles
- (05) Buses
- (06) Clothes/Furs
- (07) Computer Hardware/Software
- (08) Consumable Goods
- (09) Credit Cards/Debit Cards
- (10) Drugs/Narcotics
- (11) Drug/Narc. Equipment
- (12) Farm Equipment
- (13) Firearms
- (14) Gambling Equipment
- (15) Heavy Equipment Construction/Industry
- (16) Household Good
- (17) Jewelry/Precious Metal
- (18) Livestock
- (19) Merchandise
- (20) Money
- (21) Negotiable Instruments
- (22) Nonnegotiable Instruments
- (23) Office-Type Equipment
- (24) Other Motor Vehicles
- (25) Purses/Handbags/Wallets
- (26) Radios/TVs/VCR
- (27) Recordings-Audio/Visual
- (28) Recreational Vehicles
- (29) Structures-Single Occupancy
- (30) Structures-Other Dwellings
- (31) Structures-Commercial/Business
- (32) Structures-Industrial/Manufacture
- (33) Structures-Public/Community
- (34) Structures-Storage
- (35) Structures-Other
- (36) Tools-Power/Hand/Lawnmower
- (37) Trucks
- (38) Vehicle Parts/Accessories
- (39) Watercraft
- (77) Other
- (88) Pending Inventory (of Property)

DRUG TYPE:
- (A) "Crack" Cocaine
- (B) Cocaine
- (C) Hashish
- (D) Heroin
- (E) Marijuana
- (F) Morphine
- (G) Opium
- (H) Other Narcotics
- (I) LSD
- (J) PCP
- (K) Other Hallucino.
- (L) Amphetamines/Methamphetamines
- (M) Other Stimulants
- (N) Barbiturates
- (O) Other Depressants
- (P) Other Drugs
- (U) Unknown Type Drug

TYPE DRUG MEASUREMENT
- Units (DU) Dosage Unit (Pills, etc.) (NP) Number of Plants
- Weight (GM) Gram (KG) Kilogram (OZ) Ounce (LB) Pound
- Capacity (ML) Milliliter (LT) Liter (FO) Fluid Ounce (GL) Gallon

COMPLETE THE INFORMATION IN THIS BOX ONLY WHEN INVESTIGATING BURGLARY:
Point of Entry _____ Tools Apparently Used _____

## NARRATIVE

OFFICERS WERE ADVISED BY MRS. MICKLES (V1) THAT HER BOYFRIEND, MR. MITCHELL (S1), HAD ENTERED HER HOME AND BEGAN ASSAULTING HER AND DAMAGING HER PROPERTY. MICKLES ADVISED THAT SHE AND MITCHELL HAD BEEN IN A RELATIONSHIP PRIOR TO 02/03/2013, AND HE HAD LIVED IN HER HOME UP UNTIL THAT DATE. MICKLES STATED THAT HER AND HER COUSIN, MR. ROBINSON (W1), WERE IN HER HOME RECEIVING THREATENING CALLS FROM MITCHELL. MICKLES ADVISED MITCHELL STATED THAT HE WOULD TEAR UP HER HOUSE, AND KILL HER IF SHE CALLED THE POLICE. MITCHELL ALSO STATED THAT HE WAS GOING TO CALL DHS ON MICKLES FOR NOT BEING ABLE TO FEED HER CHILDREN. AT APPROXIMATELY 0115-0130, MITCHELL ARRIVED AT THE RESIDENCE AND BEGAN POUNDING ON THE BACK DOOR. MICKLES LET MITCHELL IN, AND HE THEN BROKE THE GLASS BACK DOOR. MICKLES WAS STRUCK BY MITCHELL IN HER LEFT CHEEK WITH AN OPEN HANDED BLOW. MITCHELL THEN ENTERED THE LIVING ROOM OF THE RESIDENCE AND BROKE THE SCREEN OUT OF MICKLES 55' TELEVISION. MR. ROBINSON STATED THAT HE WITNESSED MITCHELL DAMAGE THE PROPERTY, BUT DID NOT SEE HIM STRIKE MICKLES. MICKELS HAD NO APPARENT INJURIES. MICKLES JUVENILE CHILDREN WERE ASLEEP AT THE HOME DURING THE INCIDENT. OFFICERS NOTED MICKLES HOME WAS KEPT UP, FOOD WAS IN THE PANTRY, AND THE CHILDREN WERE NOT IN DANGER. MVR WAS IN USE.

| ADDITIONAL HOMICIDE CIRCUMSTANCES<br>☐ (A) Criminal attacked police officer, that officer killed criminal<br>☐ (B) Criminal attacked police officer, criminal killed by other officer | ☐ (C) Criminal attacked a civilian<br>☐ (D) Criminal attempted flight from a crime<br>☐ (E) Criminal killed in commission of a crime | ☐ (F) Criminal resisted arrest<br>☐ (G) Unable to determine/not enough information |
|---|---|---|

RELATED CASE NUMBER(S)

CAR JACKING? ☐ YES ☒ NO    DRIVE-BY? ☐ YES ☒ NO    GANG RELATED? ☐ YES ☒ NO

HATE/BIAS RELATIONSHIP: ☒ (88) None    ☐ IF YES, COMPLETE BELOW

| RACIAL (Anti-)<br>☐ (11) White<br>☐ (12) Black<br>☐ (13) American Indian/Alaskan Native<br>☐ (14) Asian/Pacific Islander<br>☐ (15) Multi-Racial Group | RELIGIOUS (Anti-)<br>☐ (21) Jewish<br>☐ (22) Catholic<br>☐ (23) Protestant<br>☐ (24) Islamic (Muslim)<br>☐ (25) Other Religion<br>☐ (26) Multi-Religious Group<br>☐ (27) Atheism/Agnosticism | ETHNICITY/NATIONAL ORIGIN (Anti-)<br>☐ (32) Hispanic<br>☐ (33) Other Ethnicity<br><br>DISABILITY (Anti-)<br>☐ (51) Physical Disability<br>☐ (52) Mental Disability | SEXUAL (Anti-)<br>☐ (41) Male Homosexual (Gay)<br>☐ (42) Female Homosexual (Lesbian)<br>☐ (43) Homosexual (Gay and Lesbian)<br>☐ (44) Heterosexual<br>☐ (45) Bisexual |