PROB 12B
ED/AR (12/2012)

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 1 1 2013

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Machita Mitchell                Case Number: 4:07CR00281-02 BRW

Name of Sentencing Judicial Officer:    Honorable Billy Roy Wilson
                                        United States District Judge

Offense:    Conspiracy to Possess With Intent to Distribute More Than 5 Grams But Less Than 50 Grams of Cocaine Base

Date of Sentence:   August 8, 2008

Sentence:   72 months Bureau of Prisons, 4 years supervised release, mandatory drug testing, substance abuse treatment, DNA collection, and $100 special penalty assessment

            October 31, 2011: Sentence reduced to 60 months Bureau of Prisons; all provisions of the judgment dated August 8, 2008, will remain in effect.

Type of Supervision:   Supervised Release        Date Supervision Commenced: November 29, 2011
                                                 Expiration Date: November 28, 2015

Asst. U.S. Attorney: Marsha Clevenger            Defense Attorney: To be determined

U.S. Probation Officer: Tiffani D. Dabney
Phone No.: 501-604-5287

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

   The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

### CAUSE

Mr. Mitchell's mother succumbed to heart problems in November 2012, and his brother was murdered in March 2012. As such, he has requested his conditions of supervised release be modified to include mental health treatment in an effort to assist him in attaining the appropriate skills to aid him in coping with these unexpected losses as well as other life stressors. Federal Public Defender Jenniffer Horan has consulted with Mr. Mitchell regarding the proposed modification, and she has no objections.

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Machita Mitchell    Case Number: 4:07CR00281-02 BRW

_____
Tiffani D. Dabney
U.S. Probation Officer

Date: January 11, 2013

_____
Marsha Clevenger
Assistant U.S. Attorney

Date: 2-1-13

Approved:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

2-11-2013
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
Assistant U.S. Attorney, Marsha Clevenger, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

Witness: _____  Signed: _____
U.S. Probation Officer            Probationer or Supervised Releasee

1/14/13
DATE