PROB 12C
ED/AR (12/2012)




FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 14 2013

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Machita Mitchell                Case Number: 4:07CR00281-02 BRW

Name of Sentencing Judicial Officer:   Honorable Billy Roy Wilson
                                       United States District Judge

Offense:   Conspiracy to Possess With Intent to Distribute More Than 5 Grams But Less Than 50 Grams of Cocaine Base

Date of Sentence:   August 8, 2008

Sentence:   72 months Bureau of Prisons, 4 years supervised release, mandatory drug testing, substance abuse treatment, DNA collection, and $100 special penalty assessment

October 31, 2011: Sentence reduced to 60 months Bureau of Prisons; all provisions of the judgment dated August 8, 2008, remained in effect.

February 4, 2013: Conditions of supervised release modified as follows: the defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office.

Type of Supervision:   Supervised Release       Date Supervision Commenced: November 29, 2011
                                                Expiration Date: November 28, 2015

Asst. U.S. Attorney: Marsha Clevenger            Defense Attorney: To be determined

U.S. Probation Officer: Tiffani D. Dabney
Phone No.: 501-604-5287

---

## PETITIONING THE COURT

☒   To Issue a Warrant
☐   To Issue a Summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | General | **The defendant shall not commit another federal, state, or local crime:** On February 8, 2013, Mr. Mitchell violated this condition of supervised release when his estranged girlfriend alleged he committed domestic battering in the third degree, criminal mischief in the first degree, and terroristic threatening in the first degree, as documented in the Little Rock Police Department's incident report, No. 2013-014075. |

Prob 12C                                               -2-

Name of Offender: Machita Mitchell                    Case Number: 4:07CR00281-02 BRW

|   |   |   |
|---|---|---|
|   |   | According to the Violent Crimes Unit of the Little Rock Police Department, formal charges being filed against Mr. Mitchell will be contingent upon his estranged girlfriend pursuing the matter. |
| 2 | Special (1) | **The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment:**<br>Mr. Mitchell failed to attend substance abuse treatment at Recovery Centers of Arkansas on December 6 and 20, 2012, as well as on January 17 and 31 and February 11, 2013. In addition, Mr. Mitchell failed to submit a urine specimen on December 28, 2012. |
| 3 | Special (2) | **The defendant shall participate in mental health counseling under the guidance and supervision of the U.S. Probation Office:**<br>Mr. Mitchell failed to attend mental health treatment at the Family Services Agency on February 11, 2013. |
| 4 | Standard (5) | **The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons:**<br>On January 14, 2013, Mr. Mitchell reported he was terminated from his last place of employment on January 11, 2013, because he was unable to work as scheduled. He is currently unemployed. |
| 5 | Standard (3) | **The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer:**<br>After reporting his unemployment status on January 14, 2013, Mr. Mitchell was instructed to make at least five employment seeking contacts per week and to submit evidence of his employment search to the probation office weekly. To date, Mr. Mitchell has failed to comply with these directives. |

I declare under penalty of perjury that           The U.S. Attorney's Office submits this
the foregoing is true and correct.                petition to be filed with Criminal
                                                  Docketing as a motion.


_____                         _____
Tiffani D. Dabney                                 Marsha Clevenger
U.S. Probation Officer                            Assistant U.S. Attorney

Executed on    February 12, 2013                  Executed on    Feb. 13, 2013

Prob 12C -3-

Name of Offender: Machita Mitchell    Case Number: 4:07CR00281-02 BRW

THE COURT ORDERS:

☑ No Action
☐ The Issuance of a Warrant Sealed Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☐ The Issuance of a Summons
☐ Other

Considered this __14th__ day of __February__, 20_13_ and made a part of the records in the above case.

_____
Billy Roy Wilson
United States District Judge