UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) CASE NO. 4:07CR00281-02 BRW | |
| | ) | |
| | ) | |
| MACHITA MITCHELL | ) | DEFENDANT |

**MOTION FOR REVIEW OF DETENTION ORDER AND INCORPORATED BRIEF**

Comes, the Defendant, Machita Mitchell, by and through appointed counsel, and for his Motion states as follows:

1. On February 14, 2013, Mr. Mitchell had a detention hearing. The magistrate judge found that there was not a condition or conditions to insure the safety of the community. Mr. Mitchell was ordered detained prior to his revocation hearing.

2. A detention order may be reviewed by the court of original jurisdiction upon a motion for revocation or amendment of the order. 18 U.S.C. § 3145(b). When the district court acts on a motion to revoke or amend a magistrate's pretrial detention order, the district court acts de novo and must determine on its own whether or not detention is proper. *United States v. Maull*, 773 F.2d 1479 (8th Cir. 1985)(en banc).

3. Mr. Mitchell, pursuant to the above stated statutory authority, requests a de novo review of the magistrate's determination of detention. He requests a prompt hearing in this matter.

WHEREFORE, Defendant prays that this Motion be granted, and for all other just and appropriate relief to which defendant is entitled.

Respectfully submitted,

JENNIFFER HORAN
FEDERAL DEFENDER

By: /s/ Justin Eisele
Justin Eisele, #2005120
Assistant Federal Defender
Federal Public Defender Office
1401 W. Capitol, Suite 490
Little Rock, Arkansas 72201
(501) 324-6113
justin.eisele@fd.org

For: Machita Mitchell, Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2013 a true and correct copy of the foregoing was mailed to the Defendant and was electronically filed with the Clerk of the Court using CM/ECF system, which shall send email notification to the following:

Marsha Clevenger
Assistant United States Attorney


/s/ Justin Eisele
Justin Eisele