UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM D403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

February 19, 2013

Via email to: justin.eisele@fd.org

Justin Eisele
Assistant Federal Defender
Federal Public Defender Office
1401 W. Capitol, Suite 490
Little Rock, Arkansas 72201

    Re:    United States of America v. Machita Mitchell
            No. 4:07-CR-00281-02-BRW

Dear Mr. Eisele:

If I conducted a hearing, it will be based solely on the record; that is, I will not permit any new evidence -- brief oral arguments only.

If there is any new evidence, my policy is to require the movant to petition the involved magistrate judge for another hearing.

If you want to have a hearing based solely on the record, please advise me today so that I can listen to the detention hearing held by Judge Ray beforehand.

                                                      Cordially,

                                                      /s/ Billy Roy Wilson

Original to Clerk of the Court
cc:    Marsha Clevenger, Assistant United States Attorney