**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                    **4:07-CR-00281-02-BRW**

**MACHITA MITCHELL**

**<u>ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE</u>**

The Court has determined that Defendant Machita Mitchell would benefit from a mental-health treatment.  Therefore, Mr. Mitchell's conditions of supervised release are modified, **that the defendant will participate in mental-health counseling under the guidance and supervision of the U.S. Probation Office.**.  All other conditions of supervised release imposed by this Court remain in full force and effect.

Nunc Pro Tunc March 11, 2013.

IT IS SO ORDERED this 17th day of January, 2014.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE